PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Phillip Hall                                   Cr.: 07-00375-001
                                                                 PACTS #: 48656

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                       UNITES STATES DISTRICT JUDGE

Date of Original Sentence: 05/27/2010

Original Offense: 18:641.F; PUBLIC MONEY - PROPERTY OR RECORDS

Original Sentence: 60 months probation

Special Conditions: Special Assessment, Restitution - Money, No New Debt/Credit

Type of Supervision: Probation                    Date Supervision Commenced: 05/27/2010

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The offender was ordered to pay restitution in the amount of $16,509.97. To date, the offender has paid a total of $11,827.53, leaving a balance of $4,632.44. This offender is pending expiration of supervision on May 25, 2015.

U.S. Probation Officer Action:

The offender has been on permanent disability since commencing supervision. Initially, he struggled to meet all of his financial obligations to the Court as his personal monthly expenses were significant, compounded by the costs of his medication. However, he has since agreed to have his Social Security benefits garnished each month, which has kept him in compliance for over the last six months. This garnishment will continue until the amount owed is paid in full.

At this time, we are recommending that the Court allow the offender to expire as scheduled and to allow the U.S. Attorney's Office, Financial Litigation Unit manage and monitor the remainder of his payments. He has been completely compliant will all other aspects of his supervision from the onset.

Respectfully submitted,

By: Shawn M Leakan
U.S. Probation Officer
Date: 03/19/2015

Prob 12A – page 2
Phillip Hall

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other: **The Court agrees to allow this offender's term of supervision to expire as scheduled.**

_____
Signature of Judicial Officer

3/24/15
Date